## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

ALI ALAME,                             :

    Petitioner                    :    CIVIL ACTION NO. 3:26-1546

    v.                            :    (JUDGE MANNION)

CRAIG LOWE, *et al.*,                  :

    Respondents                   :

## O R D E R

**NOW**, **THEREFORE**, upon consideration of Petitioner Ali Alame's ("Petitioner") petition for a writ of habeas corpus under 28 U.S.C. §2241, (**Doc. 1**), and the filing fee having recently been remitted, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus under 28 U.S.C. §2241, (Doc. 1), is **DEEMED FILED.**

2. Petitioner is directed to **SERVE** a copy of his §2241 petition, (Doc. 1), and this Order on Respondents and the United States Attorney.

3. Respondents shall **SHOW CAUSE** within **fourteen (14) days** of the date of this Order why the Court should not grant Petitioner's request for habeas corpus relief.

4. Petitioner shall, if he so desires, file a reply to Respondents' response to this Show Cause Order within **fourteen (14) days** of the filing of the response.

- 2 -

5.    A determination as to whether Petitioner shall be produced for a hearing will be held in abeyance pending the filing of a response.


*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: June 8, 2026**
26-1546-01

- 2 -